IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRE RAMON CRAVER,** <br><br> Plaintiff, <br><br> v. <br><br> **C. FLOYD,** <br><br> Defendant. | Case No. 2:20-cv-02327-WBS-DB <br><br> **[PROPOSED] ORDER** |

Defendant C. Floyd has moved this Court to extend the time to file a reply to Plaintiff's opposition by eleven days, up to and including April 10, 2023. The Court has read and considered Defendant's request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendant's request to extend time is **GRANTED.** Defendant will have up to and including April 10, 2023 to file a reply.

IT IS SO ORDERED.

Dated:  March 29, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/crav2327.36reply

1

[Proposed] Order (2:20-cv-02327-WBS-DB)